IN THE COMMONWEALTH COURT OF PENNSYLVANIA

R. L.,                          :
                                :
            Petitioner          :
                                :
      v.                        : No. 634 C.D. 2019
                                :
Department of Human             :
Services,                       :
                                :
            Respondent          :


**PER CURIAM**

# O R D E R


    **NOW,** this 7th day of August, 2020, it is ordered that the above-captioned Memorandum Opinion, filed May 14, 2020, shall be designated OPINION and shall be REPORTED.